UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Subpoena Issued to:*<br><br>PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA,<br>633 Indiana Avenue NW<br>Washington, DC 20004<br><br>c/o U.S. Attorney's Office, Civil Division<br>601 D Street, NW<br>Washington, DC 20530,<br><br>*In the Criminal Matter of:*<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH SANDERS,<br>1809 18th Street SE<br>Washington, DC 20020<br><br>c/o Kavya Naini<br>Public Defender Service for D.C.<br>633 Third Street NW<br>Washington, DC 20001<br><br>            Defendant. | Misc. No. 24-2995<br><br>*on removal from*<br>No. 2021 CF3 003737 (D.C. Super. Ct.) |

## NOTICE OF REMOVAL OF SUBPOENA MATTER

Pursuant to 28 U.S.C. § 1442(a)(1), the Pretrial Services Agency for the District of Columbia ("Agency"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the Agency states as follows.

1. The Agency is in receipt of a subpoena directed to the Agency in the criminal prosecution captioned, *United States v. Kenneth Sanders*, No. 2021 CF3 003737 (D.C. Super. Ct.),

filed in the Superior Court for the District of Columbia, Criminal Division (the "Underlying Case").

2. The Agency received the subpoena on or about October 8, 2024. A copy of the subpoena is attached hereto as Exhibit A.

3. The Agency is part of the U.S. Government. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1). *See Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 415 (D.C. Cir. 1995) (removal of subpoena matters are appropriate under 28 U.S.C. § 1442); *Houston Bus. J., Inc. v. Off. of Comptroller of Currency*, 86 F.3d 1208, 1211 (D.C. Cir. 1996) (quashing state court subpoena on removal to federal court as barred by sovereign immunity).

4. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the subpoena described above now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

| | |
|---|---|
| Dated: October 22, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:    */s/ Tabitha Bartholomew*<br>TABITHA BARTHOLOMEW<br>D.C. Bar #1044448<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>202-252-2529 |

- 3 -

Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

# EXHIBIT A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### SUBPOENA
**DUCES TECUM**

**UNITED STATES**
**District of Columbia**

Vs.

Kenneth Sanders

2024 CSPSLD 000198

Case No. 2021 CF3 003737

To Pretrial Services Agency for the District of Columbia, 633 Indiana Ave NW 11th Floor, Washington DC 20004

Pretrial Services Agency for the District of Columbia, 633 Indiana Ave NW 11th Floor, Washington DC 20004

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom 302 of the Superior Court of the District of Columbia, 500 Indiana Avenue/Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. on the 25th day of October, 20 24, at 9:30am a.m./p.m. as a witness for the Defense. NOTE: Please send medical records below to JudgeArthurChambers@dcsc.gov. If unable to send electronically, please deliver by mail to the Honorable Judge Errol Arthur, 500 Indiana Ave NW, Chambers 6510, Washington, DC 20001.

and bring with you Any and all medical, mental health, or substance abuse and/or toxicology reports and testing for Stephanie Ingram, DOB [redacted]; SSN: [redacted] from July 1, 2019 to present

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 _____.

_____   _____
Officer in Charge                District

*Clerk, Superior Court*
*Of the District of Columbia*

Kavya Naini
Attorney for Government/Defendant
Phone No. 202-824-2529

**Please return to Chambers of the Hon. Judge Errol Arthur, 500 Indiana Ave. NW Washington DC 20001 Chambers 6510**

Authorization as required by D.C. Code s 14-307 and *Brown v. U.S.*, 567 A.2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

10/1/2024
Date                Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:** 10/24/2024

I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| | |

I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason (s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 10/8/24 at 3:10 PM ET |

**REMARKS**
Please return to Chambers of the Hon. Judge Errol Arthur, 500 Indiana Ave NW, Washington DC 20001, Chambers 6510

Signature of Title of Server
Karen-Kaye Lowe, Investigative Specialist